ILED

18 OCT 16 PM 3: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **18 CR 4472 BAS** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., |
| RUBEN PALACIOS-HERRERA, | Sec. 1325 - Unlawful Entry by an Alien (Felony) |
| Defendant. | |

The grand jury charges:

On or about July 19, 2018, within the Southern District of California, defendant RUBEN PALACIOS-HERRERA being an alien, knowingly entered the United States at a time and place other than as designated by immigration officers, having previously committed the offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Case No. 15-24835M, in the United States District Court for the District of Arizona on or about April 20, 2015; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: October 16, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
DAVID P. FINN
Assistant U.S. Attorney

DPF:CMS:San Diego:10/15/18